WIGCHERS, Administrator, Plaintiff and Appellant, vs. LAND-
SAW and another, Defendants and Appellants: THORP
and another, Defendants and Respondents.*

*October 11—December 15, 1948.*

For the appellant George Wigchers there was a brief by
*Douglas & Omernik* of Spooner, and oral argument by *Glenn
R. Douglas.*

For the appellants Emma Mae Landsaw and Aetna Casualty
& Surety Company there was a brief by *Doar & Knowles*
of New Richmond, and oral argument by *W. T. Doar.*

For the respondents there was a brief by *Coe & Cameron*
of Rice Lake, and oral argument by *William A. Cameron.*

ROSENBERRY. C. J.    For the reasons stated in the case of
*Thorp v. Landsaw, ante,* p. 1, 35 N. W. (2d) 307, the judg-
ment setting aside the verdict of the jury, which found the de-
fendant Edwin Thorp causally negligent, and rendering
judgment in favor of Edwin Thorp is reversed, and the cause
remanded with directions to reinstate the verdict and render

* Motion for rehearing denied, without costs, on February 15, 1949.

judgment thereon in favor of George Wigchers, administrator, against Edwin Thorp and the Metropolitan Casualty Insurance Company.

*By the Court.*—The judgment appealed from is reversed and the cause remanded with directions as stated in the opinion.

BROADFOOT, J., took no part.